455 A.2d 207

Riley et al., Appellants v. D'Ambrosio.

 Argued November 17, 1981. Jeffrey S. Kahn, for appellant; Bernard V. DiGiacomo, for appellee.

Before CERCONE, P.J., McEWEN and BECK, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Lawrence A. Brown is affirmed.

455 A.2d 207

Rocco Scarabino et al. v. Three Rivers Construction.

Appeal of Three Rivers Construction Company, a corporation.

Petition for Allowance of Appeal
Denied Oct. 11, 1983.

 Argued October 14, 1981. Fred W. Dunton, for appellant; Joseph E. Fricker, for appellees.

Before WIEAND, JOHNSON and MONTEMURO, JJ.

Order affirmed.